UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan CRISTOBAL-VELAZQUES,<br><br>Petitioner,<br><br>    v.<br><br>Ernesto SANTACRUZ JR., Acting Director, Los Angeles Field Office, Immigration and Customs Enforcement, Enforcement and Removal Operations;<br>Todd LYONS, Acting Director, Immigration and Customs Enforcement;<br>Kristi NOEM, Secretary, U.S. Department of Homeland Security;<br>Pamela BONDI, U.S. Attorney General;<br>Fereti SEMAIA, Warden, Adelanto ICE Processing Center,<br><br>Respondents. | Case No.  5:25-cv-02631-VBF-AJR<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

The Court finds that the BIA decision of September 22, 2025, sustaining the DHS' appeal, vacating the IJ's decision of July 22, 2025 granting bond in the amount of $1,500 to Petitioner pursuant to 8 U.S.C. § 1226(a), and ordering Petitioner detained without bond, and his ongoing detention on the basis of the new DHS and EOIR policies violate the plain language of the Immigration and Nationality Act (INA), 8 U.S.C. § 1101 *et seq.* 8 U.S.C. § 1225(b)(2)(A) does not apply to Petitioner who is present without admission and residing in the United States. Such individuals are subject to 8 U.S.C. § 1226(a) that allows for release on bond or conditional parole. Section 1226(a) expressly applies to people who, like Petitioner, are charged as removable for having entered the United States without inspection and being present without admission. All four factors in *Winter v. Nat. Res. Def. Council*, 555 U.S. 7 (2008) weigh in favor of a TRO.

**The Court therefore hereby Orders Respondents to release Petitioner, Juan Cristobal-Velazques, from custody upon payment of the $1,500 bond amount granted by the IJ on July 22, 2025 pursuant to 8 U.S.C. § 1226(a) and further Orders Respondents to immediately accept payment of that bond via the online ICE bond payment system (www.cebonds.ice.gov) or at any ICE office location. Respondents are enjoined from relocating Petitioner outside of the Central District of California pending further Order.**

**No later than Friday, October 24, 2025, Respondents shall show cause why the Court should not issue a preliminary injunction. No later than Friday, October 31, 2025, petitioner MAY FILE a reply brief.**

IT IS SO ORDERED.

Dated: October 10, 2025                                /s/ Valerie Baker Fairbank
                                                                                Senior District Judge